**FILED**

MAR 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>    v.<br><br>SILVIANO BLANCAS-MORA<br><br>        Defendant(s). | No. 4-06-70114-WDB<br><br>**ORDER CONTINUING PRELIMINARY HEARING/ ARRAIGNMENT OR FURTHER STATUS CONFERENCE** |

Please take notice that pursuant to the unavailability of Mag. Judge Wayne D. Brazil on Friday, April 7, 2006, the Preliminary Hearing/Arraignment or Further Status Conference that was set by this Court for Friday, April 7, 2006 has been continued to to **TUESDAY, APRIL 11, 2006 at 10:00 a.m.**

IT IS SO ORDERED.

Dated: 3-24-06

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

cc: All parties, WDB's files, Copy to parties via ECF, Odile Hansen (Spanish Int.)

caption.frm

1