BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant BLANCAS-MORA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Nos. 4- 06-70114-WDB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF CONTINUANCE, |
| | ) | WAIVER OF TIME, AND |
| SYLVIANO BLANCAS-MORA, | ) | EXCLUSION OF TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT, 18 U.S.C. § |
| | ) | 3161 ET SEQ. |
| Defendant. | | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, it is ORDERED that the PRELIMINARY HEARING/ARRAIGNMENT APPEARANCE date May 8, 2006, scheduled at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for May 30, 2006 at 10:00 a.m.

//

- 1 -

1 | It is further ORDERED that time be excluded from the Speedy trial Act and found to have been
2 | waived under the Federal Rules of Criminal Procedure between May 8, 2006 and May 30, 2006
3 | based on the need for counsel to continue investigating this case. The court finds that the ends of
4 | justice would be served by granting the continuance.
5 |
6 | DATED: May 5, 2006

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

- 2 -