BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. 510-637-3500

Counsel for Defendant BLANCAS-MORA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> SYLVIANO BLANCAS-MORA, ) <br> ) <br> ) <br> Defendant. ) | Nos. CR  06-70114-WDB <br><br> ORDER OF CONTINUANCE, WAIVER OF TIME, AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |

**ORDER**

Based on the reasons provided in the stipulation of the parties above, it is ORDERED that the PRELIMINARY HEARING/ARRAIGNMENT APPEARANCE date June 16, 2006, scheduled at 10:00 a.m., before the Honorable Wayne D. Brazil, be vacated and reset for July 21, 2006 at 10:00 a.m.

1  It is further ORDERED that time be excluded from the Speedy trial Act and found to have been
2  waived under the Federal Rules of Criminal Procedure between June 16, 2006 and July 21, 2006
3  based on the need for counsel to continue investigating this case.  The court finds that the ends of
4  justice would be served by granting the continuance.
5
6
7  DATED: June 15, 2006
8
9
10
11
12  
   _____
13  HON. WAYNE D. BRAZIL
   UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26